IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIA GRAVES** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-6298** |
| | : | |
| **JUDGE LEANNE LITWIN, JUDGE MARK B. COHEN, MASTER WILLIAM H. KETTERLINUS, MASTER PANDOLFI, EUGENE D. WATSON, MICHELLE WATSON, DARLENA GRAVES, KATIE GALLEN, CITY OF PHILADELPHIA, PHILADELPHIA FAMILY COURT** | : : : : : : : | |

# ORDER

**AND NOW**, this 14th day of November 2025, consistent with our obligations set by Congress to screen Complaints proceeding without paying the filing fees resulting in our screening of Plaintiff's pro se Complaints (ECF 2, 7), and Motions for injunctive relief (ECF 6), recusal of a state court judge (ECF 7), and protective order (ECF 9), finding Plaintiff does not and cannot plead a claim arising from her misunderstanding of affirmed public record child custody orders in the Pennsylvania Superior Court and Court of Common Pleas, and for good cause, it is **ORDERED** we:

1. **DISMISS** the Complaints (ECF 2, 7) with prejudice;

2. **DENY** the Motions for injunctive relief (ECF 6), recusal (ECF 7), and protective order (ECF 9) as moot given we lack an ability to proceed on these claims; and,

3. **Direct** the Clerk of Court to **CLOSE** this case.

**KEARNEY, J.**